UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACCESS FOR THE DISABLED, INC., et al.,

    Plaintiffs,                                        Hon. Janet T. Neff

v.                                                          Case No. 1:08-cv-01058

HOOTERS OF GRAND RAPIDS, INC.,

    Defendant.
_____/

**ORDER**

The Court having been informed through the filing of the Report of Facilitative Mediator (Dkt. 23) of the parties' agreement to settle this matter prior to facilitation:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared for entry by Janet T. Neff, United States District Judge, shall be filed with the Court by **September 2, 2009**.


DATED:  August 3, 2009                        /s/ Ellen S. Carmody
                                                     ELLEN S. CARMODY
                                                     United States Magistrate Judge